**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____    Chapter __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Mesko Restaurant Group II, Inc., a California corporation** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  Rock & Brews Buena Park** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **47-1195277** |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **23832 Rockfield Blvd.**<br>**Suite 245**<br>**Lake Forest, CA 92630**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Orange**<br>County | **Location of principal assets, if different from principal place of business**<br>**7777 Beach Blvd. Buena Park, CA 90620**<br>Number, Street, City, State & ZIP Code |

5. Debtor's website (URL)    _____

6. Type of debtor

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Mesko Restaurant Group II, Inc., a California corporation**                    Case number (*if known*) _____
     Name

**7.** **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
_____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| | District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|---|
| | District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

☑ Yes.

| | Debtor | **See Attachment** | Relationship | |
|---|---|---|---|---|
| | District | _____ | When | _____ | Case number, if known | _____ |

Debtor    __Mesko Restaurant Group II, Inc., a California corporation__    Case number (*if known*) _____
              Name

**11. Why is the case filed in this district?**    *Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

          Contact name _____

          Phone _____

---

**▇▇ Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☑ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☑ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | Mesko Restaurant Group II, Inc., a California corporation | Case number (if known) _____ |
|---|---|---|
| | Name | |

**Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  5/13/19
MM / DD / YYYY

X _____
Signature of authorized representative of debtor

Title   **Chief Restructuring Officer**

Joshua Teeple
Printed name

**18. Signature of attorney**

X _____
Signature of attorney for debtor

Date  05/13/2019
MM / DD / YYYY

Richard A. Marshack
Printed name

**MARSHACK HAYS LLP**
Firm name

870 Roosevelt
Irvine, CA 92620-3663
Number, Street, City, State & ZIP Code

Contact phone  **(949) 333-7777**     Email address  **rmarshack@marshackhays.com**

107291 CA
Bar number and State

Debtor   **Mesko Restaurant Group II, Inc., a California corporation**          Case number (*if known*) _____
         <sub>Name</sub>

---

| Fill in this information to identify your case: |
| --- |

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number (*if known*) _____        Chapter __11__

☐ Check if this an
amended filing

## FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| | | | | |
| --- | --- | --- | --- | --- |
| Debtor | **Mesko Restaurant Group III, Inc.** | | Relationship to you | **Related Entity** |
| District | **Central District, Santa Ana** | When | Case number, if known | |
| Debtor | **Mesko Restaurant Group IV, Inc.** | | Relationship to you | **Related Entity** |
| District | **Central District, Santa Ana** | When | Case number, if known | |
| Debtor | **Mesko Restaurant Group V, Inc.** | | Relationship to you | **Related Entity** |
| District | **Central District, Santa Ana** | When | Case number, if known | |
| Debtor | **Mesko Restaurant Group, LLC** | | Relationship to you | **Related Entity** |
| District | **Central District, Santa Ana** | When | Case number, if known | |
| Debtor | **MRG Management Inc.** | | Relationship to you | **Related Entity** |
| District | **Central District, Santa Ana** | When | Case number, if known | |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

| | |
|---|---|
| Debtor name | **Mesko Restaurant Group II, Inc., a California corporation** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Express Corporate Card P.O. Box 650448 Dallas, TX 75265-0449 | | Credit Card | | | | $59,462.46 |
| American Express National Bank 4315 South 2700 West Salt Lake City, UT 84184 | | All assets of the Debtor, whether now owned or hereafter acquired or arising. | | $291,642.97 | $0.00 | $291,642.97 |
| Bank of Hope 3200 Wilshire Blvd. 14th Floor Los Angeles, CA 90010 | | Property located at 7777 Beach Blvd., Buena Park, CA 90620 | | $3,430,206.00 | $8,800,000.00 | $70,141.00 |
| Butler Chemicals 3070 E Ceena Ct Anaheim, CA 92806 | | Vendor | | | | $5,884.97 |
| Cintas Corporation 7735 S Paramount Blvd. Pico Rivera, CA 90660 | | Vendor | | | | $9,960.39 |
| County of Orange Attn: Treasurer-Tax Collector P.O. Box 1438 Santa Ana, CA 92702-1438 | | Taxes | | | | $23,360.74 |
| Edward Don & Company 2562 Paysphere Circle Chicago, IL 60674 | | Vendor | | | | $5,032.56 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | Mesko Restaurant Group II, Inc., a California corporation | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Extea Bakery, LLC 3439 Jack Northrop Ave Hawthorne, CA 90250 | | Vendor | | | | $17,858.58 |
| Harbor Distributing PO Box 842685 Los Angeles, CA 90084-2685 | | Vendor | | | | $15,008.30 |
| Jonathan Mark Hastings 6079 Lewis Lane San Luis Obispo, CA 93401 | | Personal Loan with guarantee on Buena Park Land | | | | $131,883.24 |
| JPMorgan Chase Bank N.A. P.O. Box 183164 Columbus, OH 43218-3164 | | Levy | | | | $148,740.43 |
| Los Angeles Partyworks, Inc. 9712 Alpaca Street South El Monte, CA 91733 | | Vendor | | | | $7,374.00 |
| Redondo Beach Founding Investors | | | | | | $1,444,000.00 |
| Rock & Brews Franchising, LLC 321 12th Street Suite 200 Manhattan Beach, CA 90266 | dave@rockandbrews.com | Unpaid Royalties and Franchise | | $208,668.17 | $0.00 | $208,668.17 |
| Southern Glazer's Wine & Spirits SC File 56002 Los Angeles, CA 90047-6002 | | Vendor | | | | $15,775.00 |
| State Board of Equalization Special Operations BK Team, MIC:74 P.O. Box 942879 Sacramento, CA 94279 | | Sales Tax | | | | $24,070.15 |
| Straub Distributing Co., Ltd. 4633 E. La Palma Ave Anaheim, CA 92807 | | Vendor | | | | $13,384.32 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   **Mesko Restaurant Group II, Inc., a California corporation**                Case number *(if known)*
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Sysco Riverside 1390 Enclave Parkway Houston, TX 77077 | | Trade Debt - See attached collateral description. Subordinated to Bank of Hope. | | $582,668.66 | $0.00 | $582,668.66 |
| Tech 24 C/O Fifth Third Bank PO Box 638959 Cincinnati, OH 45263-8959 | | Vendor | | | | $5,681.78 |
| Trade Supplies, Inc. 5625 Firestone Blvd South Gate, CA 90280 | | Vendor | | | | $11,450.02 |

Mesko Restaurant Group II, Inc., a California corporation
23832 Rockfield Blvd.
Suite 245
Lake Forest, CA 92630


Richard A. Marshack
MARSHACK HAYS LLP
870 Roosevelt
Irvine, CA 92620-3663


Office of the United States Trustee
411 W. Fourth Street
Suite 9041
Santa Ana, CA 92701

Abel Landeros
7340 8th Street
Buena Park, CA 90621


Adam Poynter
741 N Main St
La Habra, CA 90631


Adrian Castro
8111 Page St
Apt R
Buena Park, CA 90621


Adrian Garcia
8727 Maple St
Bellflower, CA 90706


Adrian Mendoza
11456 Liggett St
Norwalk, CA 90650


Alejandra Avila
14352 Middletown Ln
Westminster, CA 92683


Alejandra Hernandez
12245 221 St
Hawaiian Gardens, CA 90716


Ali Maabreh
133 S Gilbert Street
Anaheim, CA 92804

Amaury Manuel Maldonado
7212 Santa Teresa Cr
Buena Park, CA 90621


American Express Corporate Card
P.O. Box 650448
Dallas, TX 75265-0449


American Express National Bank
4315 South 2700 West
Salt Lake City, UT 84184


Angelika Castro
6182 Kiowa Rd
Westminster, CA 92683


Anney Ochoa
10901 Magnolia Ave #L
Anaheim, CA 92804


Antonio Tapia
11144 Excelsior Drive
Apt 14
Norwalk, CA 90650


Araceli Zarate
520 W Ash Ave
Fullerton, CA 92832


Arcadio Alvarez
2855 Foothill Blvd
Apt F306
La Verne, CA 91750

Ariza Hernandez
7340 8th Street
Apt 25
Buena Park, CA 90621


Armando Ramirez Cruz
13840 Dilworth St
La Mirada, CA 90638


Ashley Greer
23720 Bower Cascade Pl
Diamond Bar, CA 91765


Ashley Meyer
21510 Elaine Ave
Hawaiian Gardens, CA 90716


Ashley Nicole Vega
4661 Plumosa Dr
Apt 38
Yorba Linda, CA 92887


Bank of Hope
3200 Wilshire Blvd.
14th Floor
Los Angeles, CA 90010


Beergarden Management
321 12th Street
Suite 200
Manhattan Beach, CA 90266


Blue Ridge Financial, LLC
11911 Freedom Drive
One Fountain Square, Ste. 570
Reston, VA 20190

Brandon Ivan Ramirez
1450 E Del Mar Ave
Apt 8
Orange, CA 92865


Brian Fernandez
5772 Garden Grove Blvd
SC 231
Westminster, CA 92683


Brianna Mendoza
1132 Aspen St
Santa Ana, CA 92705


Brittany Cook
5378 Fox Hills Ave
Buena Park, CA 90621


Butler Chemicals
3070 E Ceena Ct
Anaheim, CA 92806


Cailee Cailee
950 N Duesenburg Drive
Apt #2105
Ontario, CA 91764


Carlos Moo
4553 W 167 St
Lawndale, CA 90260


Celso Orozco
2540 W Lincoln Ave
Apt 122
Anaheim, CA 92801

Christian Kibic
10403 Satinwood Ct
Santa Fe Springs, CA 90670


Christina Kinne
7500 El Cedro Cr
Buena Park, CA 90620


Christopher Neree
365 S Vine Street
Apt 235
Anaheim, CA 92805


Cintas Corporation
7735 S Paramount Blvd.
Pico Rivera, CA 90660


City of Buena Park Water
6650 Beach Blvd.
Buena Park, CA 90622


City of Corona DWP
755 Public Safety Way
Corona, CA 92880


Corporation Service Company
801 Adlai Stevenson Drive
Springfield, IL 62703-4261


County of Orange
Attn: Treasurer-Tax Collector
P.O. Box 1438
Santa Ana, CA 92702-1438

Daniel Barber
7056 Washington Ave
Whittier, CA 90602


Daniel Grijalva


Daniel Molina
10250 Beach Blvd
#112
Stanton, CA 90680


Destiney DePaz
7100 Dinwiddie St
Downey, CA 90242


Deysi Varela
14348 Clarkdale Ave
Norwalk, CA 90650


Diana Becerra
526 N Parkwood St
Anaheim, CA 92801


DirecTV
2230 E. Imperial Hwy
El Segundo, CA 90245


DRM Waste Management
PO Box 659
Forked River, NJ 08731

Dulce Nevarez
2125 W Baker Ave
Fullerton, CA 92833


Eduardo Perez
8021 8th street
Buena Park, CA 90621


Eduardo Ramirez
12214 216th St
Hawaiian Gardens, CA 90716


Edward Don & Company
2562 Paysphere Circle
Chicago, IL 60674


Elegance Upholstery, Inc.
620 S Magnolia Ave
Unit H
Ontario, CA 91762


Elton Hernandez
6936 Houston St
Buena Park, CA 90620


Emilio Reyes
8113 Cerritos Ave
Apt 106
Stanton, CA 90680


Emily McMeekin
1340 Carol St.
La Habra, CA 90631

Emmanuel Magallon
7400 Artesia Blvd #1003
Buena Park, CA 90621


Employment Development Department
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001


Enrique Castillo
415 S Clementine St
Apt 107
Anaheim, CA 92805


Evelyn Rosas Diaz
10111 San Angelmo Ave
South Gate, CA 90280


Extea Bakery, LLC
3439 Jack Northrop Ave
Hawthorne, CA 90250


Franchise Tax Board
Bankruptcy Section, MS:A-340
P.O. Box 2952
Sacramento, CA 95812-2952


Franco Medina
1776 W Glencrest Ave
Apt #11
Anaheim, CA 92801


Gabrielle Estrada
925 W Sandison St
Wilmington, CA 90744

Guadalupe Colin
1234 Victor St
Buena Park, CA 90620


Habner Law Firm
Attn: Brian Chabner
1601 PCH, #290
El Segundo, CA 90245


Harbor Distributing
PO Box 842685
Los Angeles, CA 90084-2685


Harold L. Kestenbaum, Esq.
90 Merrick Avenue
East Meadow, NY 11554


Hitachi Capital America Corp.
7808 Creekridge Circle
Suite 250
Minneapolis, MN 55439


IFS Individual Food Service
5496 Lindbergh Lane
Bell Gardens, CA 90201


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Jacquelyn Charlotte Nolan
6431 Celeste Cir
Buena Park, CA 90620

Javier Tapia
11144 Excelsior Dr
Apt 14
Norwalk, CA 90650


Jennifer Willis
11843 Orange St #A
Norwalk, CA 90650


Jessica M Gardea
13904 Ramhurst Drive
Apt 28
La Mirada, CA 90638


Jesus Hernandez
3172 W Bridgeport Ave
Anaheim, CA 92804


John Cunningham
718 S Philadelphia St
Anaheim, CA 92805


John Mesko


Johnny Perez
7343 El Domino Way
Apt 4
Buena Park, CA 90620


Jon Mesko
808 The Strand
Hermosa Beach, CA 90254

Jon-Phillip Hill
12656 Memorial Hwy
Apt 3058
Moreno Valley, CA 92553


Jonathan Mark Hastings
6079 Lewis Lane
San Luis Obispo, CA 93401


Jordan Villaruel
12140 Springview Dr
Whittier, CA 90604


Jose Cardona
7270 8th Street
Apt 44
Buena Park, CA 90621


Joseph Castrellon
10823 Excelsior Dr
Norwalk, CA 90650


JPMorgan Chase Bank N.A.
P.O. Box 183164
Columbus, OH 43218-3164


Kelly Umana
8481 Holder St
Buena Park, CA 90620


Libertine Calina
242 Jensen Way Apt 2
Fullerton, CA 92833

Lien Solutions
2929 Allen Pkwy
Suite 3300
Houston, TX 77019


Loren Gurrola
13211 La Cuarta St
Whittier, CA 90601


Los Angeles Partyworks, Inc.
9712 Alpaca Street
South El Monte, CA 91733


Lovell Caldejon
1820 W Carson St #202-130
Torrance, CA 90501


Luke Kienzler
7123 Santa Inez Circle
Buena Park, CA 90620


Madison Hansen
335 N Santa Maria St
Anaheim, CA 92801


Marissa Lozano
7887 Lampson Ave
Space 6
Buena Park, CA 90620


Matern Law Group, PC
1230 Rosecrans Avenue
Suite 200
Manhattan Beach, CA 90266

Melissa Espinosa
211 S Beach Blvd
# 117
Anaheim, CA 92804


Mesko Real Estate, LLC
6300 S. Pacific Coast Hwy.
Redondo Beach, CA 90277


Mesko Restaurant Group III, Inc.
3550 Grand Oaks
Corona, CA 92881


Mesko Restaurant Group IV, Inc.
12225 E. Foothill Blvd.
Rancho Cucamonga, CA 91739


Mesko Restaurant Group V
970 W. 190th St.
Suite 610
Torrance, CA 90502


Mesko Restaurant Group, LLC
970 W. 190th St.
Suite 610
Torrance, CA 90502


Michael Coleman
300 W 2nd St
Apt 292
Santa Ana, CA 92701


Michael Talavera
14106 Allegan St
Whittier, CA 90604

Miguel Alvarado
535 W 80th Street
Los Angeles, CA 90044


Mintaka Financial, LLC
P.O. Box 2149
Gig Harbor, WA 98335


Morgan Purdin
2660 W Ball Rd #48
Anaheim, CA 92804


MRG Management Inc.
6300 Pacific Coast Highway
Redondo Beach, CA 90277


MRG Management, Inc.
6300 Pacific Coast Highway
Redondo Beach, CA 90277


Nathan Rawlings
11025 Crossdale Avenue
Downey, CA 90239


Othon Tapia
11144 Excelsior Dr
Apr 14
Norwalk, CA 90650


Park Disposal
6762 Stanton Ave.
Buena Park, CA 90621

Pawnee Leasing Corporation
3801 Automation Way
Fort Collins, CO 80525


Pedro Garcia
6926 Naomi Ave
Buena Park, CA 90620


Rachel Byrnes
7975 La Mirada Circle
Buena Park, CA 90620


Raul Mendoza
6949 Houston St #23
Buena Park, CA 90620


Raul Torres
2750 W Yale Ave
#25
Anaheim, CA 92801


Rebecca McNamara
12292 Georgian St
Garden Grove, CA 92841


Redondo Beach Founding Investors


Rene Yanez
930 N Hampton St
Anaheim, CA 92801

Robert Aundrey Torres
2841 E Lincoln Ave
Anaheim, CA 92806


Roberto Hernandez
20600 Seine Ave
Apt 102
Lakewood, CA 90715


Rock & Brews
6300 Pacific Coast Highway
Redondo Beach, CA 90277


Rock & Brews Franchising, LLC
321 12th Street
Suite 200
Manhattan Beach, CA 90266


Rosario Garcia
7101 9th Street
Apt 44
Buena Park, CA 90621


Ryan Abito
12350 Marshall Ave
Apt #130
Chino, CA 91710


Sarah Rey Joels
1708 Normandy Place
Unit A
Santa Ana, CA 92705


Sergio Andres De La Cruz
2838 W Stonybrook Dr
Anaheim, CA 92804

So Cal Gas
P.O. Box C
Monterey Park, CA 91756


Sophia Rosales
10208 Belcher St
Downey, CA 90242


Southern California Edison
P.O. Box 800
Rosemead, CA 91770


Southern Glazer's Wine & Spirits SC
File 56002
Los Angeles, CA 90047-6002


Stacie Reyes
5525 Victoria Ave
Riverside, CA 92506


State Board of Equalization
Special Operations BK Team, MIC:74
P.O. Box 942879
Sacramento, CA 94279


Stephanie Maes
14514 Elmcroft Ave
Norwalk, CA 90650


Stone Brewing Co., LLC
2865 Executive Place
Escondido, CA 92029

Straub Distributing Co., Ltd.
4633 E. La Palma Ave
Anaheim, CA 92807


Sysco Los Angeles, Inc.
20701 E. Currier Road
Walnut, CA 91789


Sysco Riverside
1390 Enclave Parkway
Houston, TX 77077


Tech 24
C/O Fifth Third Bank
PO Box 638959
Cincinnati, OH 45263-8959


Tereso Gonzales
7652 9th St
Apt # D
Buena Park, CA 90621


Timothy Torrez
13002 Beaty Ave
Whittier, CA 90605


Trade Supplies, Inc.
5625 Firestone Blvd
South Gate, CA 90280


Victor Aguilar
7782 Orchid Drive
Buena Park, CA 90620

Victor Estrada
200 N Wilshire Ave
Apt 233
Anaheim, CA 92801


Victor M Trujillo
6471 Western Ave #4
Buena Park, CA 90621


Wilshire Bank
Note Department
3200 Wilshire Blvd., 4th Fl
Los Angeles, CA 90010


Wine Warehouse
PO Box 910900
Los Angeles, CA 90091-0900


Yonatan Duran
2115 Camino St
# 156
Anaheim, CA 92802


Youngs Market of CA, LLC
P.O. Box 30145
Los Angeles, CA 90030


Zeke Espinosa
3050 W Ball Rd Spc # 157
Anaheim, CA 92804